UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>HURIEL OLOZAGASTE,<br>    aka "Billy Olozagaste"<br><br>              Defendant. | Case No.   23CR1656-BTM<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 922(a)(1)(A) – Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Methamphetamine; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

Count 1
Engaging in the Business of
Dealing Firearms Without a License
[18 U.S.C. § 922(a)(1)(A)]

Beginning no later than June 2022 and continuing until at least January 11, 2023, within the Southern District of California, defendant HURIEL OLOZAGASTE, aka "Billy Olozagaste," not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<u>Count 2</u>
Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about June 28, 2022, within the Southern District of California, defendant HURIEL OLOZAGASTE, aka "Billy Olozagaste," did knowingly distribute 50 grams and more of methamphetamine, to wit: approximately 447 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count 3</u>
Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about August 3, 2022, within the Southern District of California, defendant HURIEL OLOZAGASTE, aka "Billy Olozagaste," did knowingly distribute 50 grams and more of methamphetamine, to wit: approximately 412 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>FORFEITURE ALLEGATIONS</u>

1.  The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of one and more of the felony offenses alleged in Counts 2 and 3 of this Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant HURIEL OLOZAGASTE, aka "Billy Olozagaste," shall forfeit to the United States

all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 2 and 3 of this Information. The property to be forfeited includes, but is not limited to: (1) four tan 9mm Glock-type, Model 17 pistols bearing no serial numbers or manufacturing markings; (2) one black 9mm Glock-type, Model 19 pistol bearing no serial numbers or manufacturing markings; (3) one firearm holster; (4) twelve magazines: four 10-round magazines and eight 17-round magazines; (5) three Glock-type, 9mm pistols bearing no serial numbers or manufacturing markings; (6) two un-serialized, AR-type, 5.56/.223 caliber rifles bearing no serial numbers or manufacturing markings; (7) two 45-round 5.56/.223 caliber magazines; (8) two AR-type, 5.56/.223 caliber rifles bearing no serial numbers or manufacturing markings; (9) four 9mm pistols bearing no serial numbers or manufacturing markings; (10) two 30-round 5.56/.223 caliber rifle magazines and four 17-round 9mm caliber pistol magazines.

    3.   Upon conviction of one and more of the offenses alleged in Counts 1 through 3 of this Information, defendant HURIEL OLOZAGASTE, aka "Billy Olozagaste," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) four tan 9mm Glock-type, Model 17 pistols bearing no serial numbers or manufacturing markings;  (2) one black 9mm Glock-type, Model 19 pistol bearing no serial numbers or manufacturing markings; (3) one firearm holster; (4) twelve magazines: four 10-round magazines and eight 17-

round magazines; (5) three Glock-type, 9mm pistols bearing no serial numbers or manufacturing markings; (6) two un-serialized, AR-type, 5.56/.223 caliber rifles bearing no serial numbers or manufacturing markings; (7) two 45-round 5.56/.223 caliber magazines; (8) two AR-type, 5.56/.223 caliber rifles bearing no serial numbers or manufacturing markings; (9) four 9mm pistols bearing no serial numbers or manufacturing markings; (10) two 30-round 5.56/.223 caliber rifle magazines and four 17-round 9mm caliber pistol magazines; all pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: August ___, 2023.

ANDREW R. HADEN
Acting United States Attorney

*/s/ Jill Streja*
JILL S. STREJA
Assistant U.S. Attorney

4